# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHRISTOPHER SMITH
ADC #130180                                                                                        PLAINTIFF

v.                                    NO: 5:07CV00067 GH/HDY

LARRY NORRIS, *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendants Larry Norris, Gaylon Lay, Wendy Kelley, and John Doe, are DISMISSED, and their names are removed as party Defendants.

DATED this 19th day of April, 2007.

_____
J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE